1020

[No. 38411-6-II.   Division Two.   December 28, 2011.]

VISION ONE, LLC, ET AL., *Respondents*, v. PHILADELPHIA
INDEMNITY INSURANCE COMPANY ET AL., *Respondents*,
RSUI INDEMNITY COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 06-2-05810-6, Kitty-Ann van Doorninck, J.,
entered September 15, 2008. *Affirmed* by unpublished opin-
ion per Armstrong, J., concurred in by Hunt and Quinn-
Brintnall, JJ.


[No. 40500-8-II.   Division Two.   December 28, 2011.]

ANTHONY G. MALELLA, *Respondent*, v. LONA KEIST,
*Individually and as Trustee*,
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Ska-
mania County, No. 01-2-00122-3, Edwin L. Poyfair, J. Pro
Tem., entered March 26, 2010. *Affirmed* by unpublished
opinion per Worswick, A.C.J., concurred in by Armstrong
and Quinn-Brintnall, JJ.


[No. 40675-6-II.   Division Two.   December 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SANDY S.
SCHOEPFLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 08-1-04855-3, Rosanne Buckner, J., entered
April 23, 2010. *Affirmed* by unpublished opinion per Arm-
strong, J., concurred in by Hunt and Quinn-Brintnall, JJ.


[No. 41261-6-II.   Division Two.   December 28, 2011.]

PAUL M. WOLFF COMPANY, *Appellant*, v. KEITH MILLER ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 09-2-13579-2, James R. Orlando, J., entered
September 24, 2010. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ.